UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Caroline Belt<br>Debtor<br>Bruce M. Belt<br>Co-Debtor<br><br>Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br><br>v.<br><br>Caroline Belt<br>Kenneth E. West - Bankruptcy Trustee<br>Respondents | CASE NO.: 23-11061-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan<br><br>Hearing Date: August 27, 2024 at 11:00 am<br><br>Objection Deadline: August 21, 2024 |

## DECLARATION IN SUPPORT OF MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

I, __Israel Herrera__, certify the following to be true under penalty of perjury:

1. I am employed as a __Assistant Secretary__ for Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V (the "Movant") and am authorized to execute this declaration on behalf of Movant. This declaration is offered in support of the Motion for Relief from the Automatic Stay annexed hereto.

2. In my capacity as __Assistant Secretary__, I have access to Movant's business records, including the business records for and relating to the loan of the Debtor, Caroline Belt, secured by the real property known as 2158 Green Ridge Dr, Warrington, PA 18976 (the "Property"). The facts stated in this declaration are based upon information that I have obtained by reviewing records maintained in the ordinary course of business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described

therein, at or near the time of the event described.

3. According to business records, Caroline Belt and Co-Debtor Bruce M. Belt executed and delivered a Note dated December 10, 2014, in favor of BBMC Mortgage, LLC (the "Original Lender"), in the original principal amount of $347,310.00. The Note is secured by a Mortgage executed and delivered by the Caroline Belt and Co-Debtor Bruce M. Belt to Original Lender.

4. As of July 22, 2024, the total obligations to Movant less any partial payment and suspense balance is $413,087.85.

5. As of July 22, 2024, the Debtor is post-petition due for September 1, 2023. The post-petition default is broken down as follows:

| Monthly payments due | Amount |
|---|---|
| 4 Missed Payments (09/01/2023 - 12/01/2023) @ $2,304.05 each | $9,216.20 |
| 7 Missed Payments (01/01/2024 - 07/01/2024) @ $2,353.96 each | $16,477.72 |
| Suspense | ($2,053.42) |
| Filing Costs | $1,249.00 |
| **Total** | $24,889.50 |

**Post-Petition Payment Breakdown**

| | |
|---|---|
| Principal and Interest | $1,734.07 |
| Escrow | $619.89 |
| Grand Total | $2,353.96 |

6. The total amount of post-petition arrearage/delinquency is $24,889.50. The next post-petition payment will become due on August 01, 2024 in the amount of $2,353.96.

7. I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed this 7th day of August, 2024

_____
Signature

**Israel Herrera**
Name

**Assistant Secretary**
Title

Nationstar Mortgage LLC

800 State Hwy 121 Bypass
Lewisville, TX 75067