UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Caroline Belt <br>                Debtor | CASE NO.: 23-11061-amc |
| | CHAPTER 13 |
| Rushmore Servicing, as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V <br> v. | Judge:  Ashely M. Chan <br><br> Hearing Date: |
| Caroline Belt <br> Kenneth E. West - Bankruptcy Trustee <br>                Respondents | Objection Deadline: |

## <u>CERTIFICATION OF DEFAULT</u>

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtors have failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Ashely M. Chan on October 22, 2024. A copy of the Stipulation is attached hereto as Exhibit "A". Movant certifies that the required Notice of Default required by the Order was sent to Debtors and Debtors' attorney on March 07, 2025 and Debtor has failed to cure the default.  A copy of the Notice of Default is attached hereto as **Exhibit "B"**. In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property.

Dated:  March 28, 2025

By: /s/Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Rushmore Servicing, as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100

F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com