UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Caroline Belt<br>                        Debtor<br><br>Caroline Belt<br>                        Movant<br>v.<br><br>Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>Kenneth E. West - Bankruptcy Trustee<br>                        Respondents | CASE NO.: 23-11061-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan |

## RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO RECONSIDER RELIEF ORDER

Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("Creditor") hereby responds in opposition to Debtor's Motion to Reconsider Relief Order and in support avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.  Creditor is without sufficient information upon which to form a belief as to the truth of this averment, and it is therefore denied.

WHEREFORE, Creditor respectfully requests an Order of this Court denying Debtor's Motion to Reconsider Relief Order and for such other, further and additional relief as to this Court may deem just, proper and equitable.

Dated:  August 4 , 2025

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com